# CHAMLIN, ROSEN, ULIANO & WITHERINGTON

**ATTORNEYS AT LAW**

50TH ANNIVERSARY

GEORGE M. CHAMLIN
(1960-2001)

JOSEPH E. KELLEY, III
JEKELLEY@CHAMLIN-ROSEN.COM
OF COUNSEL
NJ BAR

September 23, 2009

RONALD B. ROSEN
RBROSEN@CHAMLIN-ROSEN.COM
CERTIFIED BY THE SUPREME COURT OF N.J.
AS A MATRIMONIAL LAW ATTORNEY
FELLOW OF THE AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS
FELLOW OF THE INTERNATIONAL ACADEMY
OF MATRIMONIAL LAWYERS

CHARLES J. ULIANO
CJUESQ@AOL.COM
CERTIFIED BY THE SUPREME COURT OF N.J.
AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE SUPREME COURT OF N.J.
AS A CRIMINAL TRIAL ATTORNEY

KENNETH W. CHAMLIN
KWCHAMLIN@AOL.COM
NJ & NY BARS

LAURA S. WITHERINGTON
LSWITHERINGTON@CHAMLIN-ROSEN.COM
NJ & PA BARS

JOHN T. BAZZURRO
JTBLAW1@OPTONLINE.NET
NJ & NY BARS

MARCIE L. MACKOLIN
MLMACKOLIN@CHAMLIN-ROSEN.COM
NJ BAR

ANDREW T. WALSH
ATWALSH@CHAMLIN-ROSEN.COM
NJ BAR

MATTHEW A. SMURO
MASMURO@CHAMLIN-ROSEN.COM
NJ & NY BARS

KAREN M. SCHERMOND
KMSCHERMOND@CHAMLIN-ROSEN.COM
NJ & PA BARS

LOIS D. SUTTON
LSUTTONESQ@AOL.COM
NJ BAR

SHANNON E. WEST
SEWEST@CHAMLIN-ROSEN.COM
NJ BAR

MICHELLE M. ROSEN
MMROSEN@CHAMLIN-ROSEN.COM
NJ & NY BARS

JAMES J. ULIANO
JJULIANO@CHAMLIN-ROSEN.COM
NJ BAR

**VIA E-FILING**

Hon. Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 341
402 E. State Street
Trenton, NJ 08608

Re: Prevost v. Township of Middletown, et al.
Civil Action No. 07-5260
Our File No. 42292

Dear Judge Pisano:

Based on today's settlement conference, I am confident that this matter will settle pending municipal approval. Therefore, we will not be filing our summary judgment motion at this time. However, if the proposed settlement is not approved and the matter is to continue, we will accordingly file the summary judgment motion.

Respectfully submitted,

/s/ Charles J. Uliano

CHARLES J. ULIANO

CJU/ps
cc: Robert F. Varady, Esq.
    Linda Grasso Jones, Esq.
    Richard C. Leahey, Jr., Esq.

*Please visit us at our newly designed and informative website:*
*www.chamlin-rosen.com*