# *Bernard M. Reilly, LLC.*
*Counsellors At Law*

BERNARD M. REILLY
RICHARD C. LEAHEY, JR.

90 Maple Avenue
Red Bank, NJ  07701
(732)530-7777
Fax (732)530-8113
E-Mail: Lawoffice@reillylawnj.com

September 28, 2009

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Bldg.
 & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

**Re:  Estate of Robert Prevost v. Township of Middletown, et al.
       Civil Action No. 3:07-cv-5260**

Dear Judge Pisano:

    The Clerk of the Township has advised that the agenda for the October 5, 2009 Township Committee meeting is overfilled.  I have placed the above referenced matter on the October 19, 2009 agenda.

    I apologize to the Court and plaintiff's counsel for this unavoidable delay.  I will report back to the Court and all counsel immediately upon obtaining the Committee's decision with regard to the settlement discussed.

    Respectfully,
**BERNARD M. REILLY, LLC.**

  /s/  Richard C. Leahey, Jr.
BY: RICHARD C. LEAHEY, JR.

RCL/ms
Cc:   John T. Bazzurro, Esq. – e-mail
      Linda Grasso Jones, Esq. – e-mail
      Richard M. Brockway, Esq. - e-mail